IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 24-1443 T
(Judge David A. Tapp)

ALPHA EXPRESS, LLC,

                              Plaintiff,

v.

THE UNITED STATES,

                              Defendant.

NOTICE OF APPEARANCE

Please enter the appearance of Alex Schulman, as attorney of record for the United States. Unless filed electronically, service of all papers by opposing parties should be addressed as follows:

    Alex Schulman
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Post Office Box 26
    Ben Franklin Station
    Washington, D.C. 20044
    *Email: Alexander.Schulman@usdoj.gov*

Dated: September 19, 2024

                              */s/Alex Schulman*
                              ALEX SCHULMAN
                              Trial Attorney
                              U.S. Department of Justice
                              Tax Division
                              Court of Federal Claims Section
                              Tel: (202) 514-0456
                              Fax: (202) 514-9440