# In the United States Court of Federal Claims

No. 24-1443
Filed: September 19, 2024

---

**ALPHA EXPRESS, LLC,**

   *Plaintiff*,

v.

**THE UNITED STATES,**

   *Defendant*.

---

## ORDER

 Plaintiff filed an unsealed and unredacted Complaint on September 17, 2024. (ECF No. 1). Per RCFC 9(m), when pleading a claim for a tax refund, a party must file both a sealed pleading and a redacted public version.

 Therefore, the Clerk of Court is hereby directed to seal the filed Complaint (ECF No. 1) and Plaintiff is **ORDERED** to file a redacted copy of the Complaint by **5:00 PM (ET)** on **Monday, September 23, 2024**.

 **IT IS SO ORDERED.**

                s/ David A. Tapp
                DAVID A. TAPP, Judge